OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

July 13, 2011

Clerk of Court
U.S. District Court
Northern District of Texas
Eldon B. Mahon
United States Courthouse
501 West 10th Street
Room# 310
Fort Worth, TX 76102-3673

    Re: United States v. Wheattina Goodman and Kenya White
       Case No. CR 4:11MJ232
            11-109M USDC/DE

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Keith J. Kincaid
Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____ (date).

_____
Signature

_____
Title

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CRIMINAL DOCKET FOR CASE #: 1:11-mj-00109 All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Goodman et al | Date Filed: 07/12/2011 |
| | Date Terminated: 07/12/2011 |

Assigned to: Unassigned

### Defendant (1)

**Wheattina Goodman**
*TERMINATED: 07/12/2011*

represented by **Edson A. Bostic**
Federal Public Defender's Office
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
Email: DE_ECF@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846 - CONSPIRACY TO DISTRIBUTE COCAINE IN VIOLATION OF 21:841(A)(1) - ( NORTHERN DISTRICT OF TEXAS ) | |

Assigned to: Unassigned

## Defendant (2)

| | | |
|---|---|---|
| **Kenya White**<br>*TERMINATED: 07/12/2011* | represented by | **Edson A. Bostic**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846 - CONSPIRACY TO DISTRIBUTE COCAINE IN VIOLATION OF 21:841(A)(1) - ( NORTHERN DISTRICT OF TEXAS ) | |

---

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **David L. Hall**<br>U.S. Attorney's Office<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>(302) 573-6277<br>Email: david.l.hall@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 07/12/2011 |  | Arrest (Rule 40) of Wheattina Goodman, Kenya White. (kjk) (Entered: 07/13/2011) |
|---|---|---|
| 07/12/2011 | 1 | Copy of charging pleadings ( Criminal Complaint ) received from Northern District of Texas as to Wheattina Goodman, Kenya White. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 |  | Minute Entry for proceedings held before Judge Mary Pat Thynge - Initial Appearance in Rule 5(c)(3) Proceedings as to Wheattina Goodman held on 7/12/2011; Deft. was present with counsel ( Eleni Kousoulis, Esq., from the FPD's Office was appointed ); Govt. filed a Motion For Detention Pending Removal; Deft. executed the Waiver of Rule 5 Hearing and did not contest detention pending removal. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Wheattina Goodman; Appointment of Edson A. Bostic, Esq., for Wheattina Goodman. Signed by Judge Mary Pat Thynge on 7/12/11. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 | 3 | MOTION to Detain Pending Removal by USA as to Wheattina Goodman. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 | 4 | WAIVER of Rule 5(c)(3) Hearings by Wheattina Goodman. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Wheattina Goodman; Defendant committed to District of Northern District of Texas.. Signed by Judge Mary Pat Thynge on 7/12/11. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 |  | Minute Entry for proceedings held before Judge Mary Pat Thynge - Initial Appearance in Rule 5(c)(3) Proceedings as to Kenya White held on 7/12/2011; Deft. was present with counsel ( Eleni Kousoulis, Esq., from the FPD's Office was appointed ); Govt. filed a Motion For Detention Pending Removal; Deft. executed the Waiver of Rule 5 Hearing and did not contest detention pending removal. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kenya White; Appointment of Edson A. Bostic, Esq., for Kenya White. Signed by Judge Mary Pat Thynge on 7/12/11. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 | 7 | MOTION to Detain Pending Removal by USA as to Kenya White. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 | 8 | WAIVER of Rule 5(c)(3) Hearings by Kenya White. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Kenya White; Defendant committed to District of Northern District of Texas.. Signed by Judge Mary Pat Thynge on 7/12/11. (kjk) (Entered: 07/13/2011) |
| 07/12/2011 |  | (Court only) ***Motions terminated as to Wheattina Goodman, Kenya White: (kjk) (Entered: 07/13/2011) |
| 07/12/2011 |  | (Court only) *** Case Terminated (kjk) (Entered: 07/13/2011) |
| 07/13/2011 |  | EXIT ORIGINAL RECORD and a certified copy of the docket entries to |

| | | Northern District of Texas. (kjk) (Entered: 07/13/2011) | |

CERTIFIED:  
AS A TRUE COPY:  
ATTEST:  
PETER T. DALLEO, CLERK  
BY /s/  
Deputy Clerk 7/13/11

**MAGISTRATE'S MINUTE SHEET**    DATE July 12, 2011

U.S.A. v. KENYA WHITE    JUDGE Thynge

CASE NO. 11-109M-2    CLERK Kincaid / Krett

AUSA David Hall, ESQ    INTERPRETER: _____

DEFENSE COUNSEL Eleni Kousoulis, ESQ

TIME 3:14 pm TO 3:30 pm    LANGUAGE: _____

TIME _____ TO _____    USPO: Craig Carpenter

_X_ INITIAL APPEARANCE Rule 5    BAIL REC. Det Pend Removal

___ BAIL HEARING    BAIL SET Det Pend Removal

___ ARRAIGN. >> DEFT. ENTERED PLEA OF: GUILTY ___ NOT GUILTY ___
        TO >> _____

_X_ REQUEST APPOINT. OF COUNSEL:    (GRANTED)    DENIED
        APPOINT. OF Edson A. Bostic, ESQ

___ DETENTION HEARING    BAIL SET _____

___ PRELIMINARY HEARING    PROBABLE CAUSE FOUND - YES    NO

___ REVOCATION HEARING    SUPERVISION REVOKED - YES    NO

_X_ REMOVAL HEARING

**NEXT APPEARANCE:** _____    FOR _____

___ TRIAL:    GUILTY    NOT GUILTY    PRE-SENTENCE

SENTENCE: _____  _____  _____  _____  _____
          FINE   SP.ASSESS.  PROB.  RESTIT.  IMPRISONMENT

**NOTES:**

- Govt filed a motion for Detention pending Removal
  3:30 - 3:35 pm recess
- Deft executed the waiver of Rule 5 Hrg.
- Detained pending Removal.

**MAGISTRATE'S MINUTE SHEET**       DATE July 12, 2011

U.S.A. v. WHEATTINA GOODMAN        JUDGE Thynge

CASE NO. 11-109M-1        CLERK Kincaid/Knett

AUSA David Hall, Esq        INTERPRETER: ____

DEFENSE COUNSEL Eleni Kirkoulis, Esq

                                     LANGUAGE: ____

TIME 3:14 pm TO 3:36 pm

                                     USPO: Craig Carpenter

TIME _____ TO _____

__X__ INITIAL APPEARANCE Rule 5    BAIL REC. Det Pend Removal
_____ BAIL HEARING                 BAIL SET  Det Pend Removal

_____ ARRAIGN.>> DEFT. ENTERED PLEA OF: GUILTY _____ NOT GUILTY _____
                TO >> _____

__✓__ REQUEST APPOINT. OF COUNSEL:  (GRANTED)    DENIED
       APPOINT. OF Edson A. Bostic, Esq

_____ DETENTION HEARING       BAIL SET _____
_____ PRELIMINARY HEARING     PROBABLE CAUSE FOUND - YES    NO
_____ REVOCATION HEARING      SUPERVISION REVOKED - YES    NO
_____ REMOVAL HEARING

_____ NEXT APPEARANCE: _____ FOR _____

_____ TRIAL:   GUILTY    NOT GUILTY    PRE-SENTENCE

SENTENCE: _____  _____  _____  _____  _____
          FINE  SP.ASSESS.  PROB.  RESTIT.  IMPRISONMENT

**NOTES:**

- Gov't filed a motion for Detention Pending Removal.
- 3:30-3:35pm - Recess
- Deft executed the waiver of Rule 5 hearing
- Deft did not contest Detention Pending Removal.

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) )  |
| vs. | ) ) CASE NO. **11-109M-1** ) |
| **WHEATTINA GOODMAN** | ) ) |
| Defendant. | ) ) |

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **12ᵀᴴ** day of **JULY , 2011** ,

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                    _____
                                    Honorable Mary Pat Thynge
                                    U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED

JUL 1 2 2011

U.S. DISTRICT COURT DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 11- 1 09M-1 |
| ) | |
| WHEATTINA GOODMAN ) | [NDTX Case No. 4-11-MJ-232] |
| a/k/a "Wheat" ) | |
| Defendant ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the detention of the defendant pending transfer to another district, pursuant to 18 U.S.C. § 3142(e) and (f), and Federal Rule of Criminal Procedure 5(c). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_ Maximum sentence life imprisonment or death

    **X** 10+ year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_ Minor victim; <u>possession or use of firearm</u>, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    **X** Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain the defendant(s) because there are no conditions of release which will reasonably assure (**check one or both**):

    **X** Defendant's appearance as required

    **X** Safety of any other person and the community

FILED

JUL 1 2 2011

U.S. DISTRICT COURT DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The presumption applies because (**check one or both**):

    _X_ Probable cause to believe defendant(s) committed <u>10+ year drug offense</u> or firearms offense, 18 U.S.C. § 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

    ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ___ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __12th__ day of ____July____, 2011.

        Respectfully submitted,

        CHARLES M. OBERLY, III
        United States Attorney

        BY: _____
        Ilana H. Eisenstein
        Assistant United States Attorney

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 11-109M-1 |
| | ) |
| WHEATTINA GOODMAN | ) |
| *Defendant* | ) Charging District's Case No. 11MJ232 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* NORTHERN DISTRICT OF TEXAS.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

FILED
JUL 12 2011
U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date: 7/12/11

_____
Defendant's signature

_____
Signature of defendant's attorney

ELENI KOUSOULIS, ESQ., AFPD
Printed name of defendant's attorney

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 11-109M-1 |
| ) | |
| WHEATTINA GOODMAN ) | Charging District's |
| *Defendant* ) | Case No. 11-MJ-232 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the NORTHERN District of TEXAS.

The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 7/12/11

*Judge's signature*

HON. MARY PAT THYNGE, U.S MAGISTRATE JUDGE
*Printed name and title*

FILED

JUL 12 2011

U.S. DISTRICT COURT DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. **11-109M-2** ) ) |
| **KENYA WHITE** | ) ) |
| Defendant. | ) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **12TH** day of **JULY**, **2011**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney

**FILED**

JUL 1 2 2011

U.S. DISTRICT COURT DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal Action No. 11- 109M-2<br>KENYA WHITE )<br>a/k/a "Block" ) [NDTX Case No. 4-11-MJ-232]<br>Defendant ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the detention of the defendant pending transfer to another district, pursuant to 18 U.S.C. § 3142(e) and (f), and Federal Rule of Criminal Procedure 5(c). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ____ Crime of violence (18 U.S.C. § 3156)

    ____ Maximum sentence life imprisonment or death

    __X__ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    ____ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    __X__ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain the defendant(s) because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

FILED

JUL 12 2011

U.S. DISTRICT COURT DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The presumption applies because (**check one or both**):

    __X__ Probable cause to believe defendant(s) committed <u>10+ year drug offense</u> or firearms offense, 18 U.S.C. § 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __12th__ day of ____July____, 2011.

        Respectfully submitted,

        CHARLES M. OBERLY, III
        United States Attorney

        BY: _____
        Ilana H. Eisenstein
        Assistant United States Attorney

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)



# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 11-109M-2 |
| | ) | |
| KENYA WHITE | ) | Charging District's Case No.  11MJ232 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* NORTHERN DISTRICT OF TEXAS.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

FILED
JUL 12 2011
U.S. DISTRICT COURT DISTRICT OF DELAWARE

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/12/11

*Defendant's signature*

*Signature of defendant's attorney*

ELENI KOUSOULIS, ESQ.  AFPD
*Printed name of defendant's attorney*

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  11-109M-2 |
| ) | |
| KENYA WHITE ) | Charging District's |
| *Defendant* ) | Case No.  11-MJ-232 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   NORTHERN   District of   TEXAS   .

The defendant may need an interpreter for this language: _____ .

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   7/12/11

*Judge's signature*

Hon. Mary Pat Thynge, U.S. Magistrate Judge
*Printed name and title*

FILED

JUL 1 2 2011

U.S. DISTRICT COURT DISTRICT OF DELAWARE